In the Matter of RICHARD A. KNIGHT, an Attorney, Appellant. THE BAR ASSOCIATION OF THE CITY OF NEW YORK, Respondent.

Argued May 17, 1943; decided June 10, 1943.

*John T. Cahill for* motion.

*Richard A. Knight,* in person, opposed.

Motion granted and appeal dismissed on the ground that no substantial constitutional question is involved.